IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01288-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

$8,158.13 IN WELLS FARGO BANK ACCOUNT 5817047854;
$367.71 SEIZED FROM ALPINE BANK ACCOUNT 3350016756;
$24,972.98 SEIZED FROM ALPINE BANK ACCOUNT 3350126520;
$48,141.42 SEIZED FROM TD AMERITRADE ACCOUNT 788-788655;
$5,601.39 SEIZED FROM ING DIRECT ACCOUNT 153819292;
REAL PROPERTY LOCATED AT 86 COOPER LAKE ROAD SE, MABLETON,
GEORGIA;
REAL PROPERTY LOCATED AT 700 PTARMIGAN RANCH ROAD, SILVERTHORNE,
COLORADO;
$12,182.38 SEIZED FROM EQUITY TRUST ROTH IRA ACCOUNT Z129559;
$92,770.59 SEIZED FROM FIRSTBANK ACCOUNT 406-455-3225; and
2010 HONDA CROSSTOUR VIN 5J6TF2H57AL007593;

Defendants.

---

**ORDER SETTING STATUS CONFERENCE AND
SETTING DEADLINE FOR FILING OF PILOT PROGRAM CONSENT FORM**

---

Entered by U.S. Magistrate Judge Michael J. Watanabe

The above-captioned case has been directly assigned to Magistrate Judge
Michael J. Watanabe pursuant to the Pilot Program to Implement the Direct Assignment
of Civil Cases to Full Time Magistrate Judges.  The parties are expected to become
familiar with the Pilot Program (see Docket No. 6).

**IT IS HEREBY ORDERED that on or before July 24, 2014, the parties shall
complete and file the Pilot Program Consent Form (see Docket No. 6), indicating
either unanimous consent of the parties or that consent has been declined.
Please note that this date is earlier than the default deadlines contemplated by
the Pilot Program.**

IT IS FURTHER ORDERED that a Status Conference shall be held on:

August 7, 2014, at 10:00 a.m.
in Courtroom A-502,
Fifth Floor,
Alfred A. Arraj U.S. Courthouse,
901 19th Street,
Denver, Colorado 80294

If this date is not convenient for any counsel/pro se party, he/she should confer with opposing counsel/pro se party and **file a motion** to reschedule the conference to a more convenient date.

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a motion is filed no less than FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFF SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME OF THE STATUS CONFERENCE.</u>

All out-of-state counsel shall comply with D.C.COLO.LAttyR 3(a) prior to the Status Conference.  It is the responsibility of counsel to notice the court of their entry of appearance, notice of withdrawal, or notice of change of counsel's address, e-mail address, or telephone number by complying with the ECF Procedures and filing the appropriate motion or document with the court.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification and be subject to security procedures.  <u>See</u> D.C.COLO.LCivR 83.2.  Failure to comply with the identification requirement and security procedures will result in denial of entry into the Alfred A. Arraj United States Courthouse.

DONE AND SIGNED THIS 12th DAY OF MAY, 2014.

BY THE COURT:

s/Michael J. Watanabe

_____
MICHAEL J. WATANABE
United States Magistrate Judge