IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01288-WYD-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

$8,158.13 IN WELLS FARGO BANK ACCOUNT 5817047854;
$367.71 SEIZED FROM ALPINE BANK ACCOUNT 3350016756;
$24,972.98 SEIZED FROM ALPINE BANK ACCOUNT 3350126520;
$48,141.42 SEIZED FROM TD AMERITRADE ACCOUNT 788-788655;
$5,601.39 SEIZED FROM ING DIRECT ACCOUNT 153819292;
REAL PROPERTY LOCATED AT 86 COOPER LAKE ROAD SE, MABLETON,
GEORGIA;
REAL PROPERTY LOCATED AT 700 PTARMIGAN RANCH ROAD, SILVERTHORNE,
COLORADO;
$12,182.38 SEIZED FROM EQUITY TRUST ROTH IRA ACCOUNT Z129559;
$92,770.59 SEIZED FROM FIRSTBANK ACCOUNT 406-455-3225; and
2010 HONDA CROSSTOUR VIN 5J6TF2H57AL007593;

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate and Continue
Status Conference (Docket No. 28) is GRANTED.  The Status Conference set on
August 7, 2014, at 10:00 a.m. is VACATED and RESET on October 7, 2014, at 9:30
a.m.

Date: August 5, 2014