IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01288-WYD-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$8,158.13 IN WELLS FARGO BANK ACCOUNT 5817047854;

$367.71 SEIZED FROM ALPINE BANK ACCOUNT 3350016756;

$24,972.98 SEIZED FROM ALPINE BANK ACCOUNT 3350126520;

$48,141.42 SEIZED FROM TD AMERITRADE ACCOUNT 788-788655;

$5,601.39 SEIZED FROM ING DIRECT ACCOUNT 153819292;

REAL PROPERTY LOCATED AT 86 COOPER LAKE ROAD SE,

MABLETON, GEORGIA;

REAL PROPERTY LOCATED AT 700 PTARMIGAN RANCH ROAD,

SILVERTHORNE, COLORADO;

$12,182.38 SEIZED FROM EQUITY TRUST ROTH IRA ACCOUNT Z129559;

$92,770.59 SEIZED FROM FIRSTBANK ACCOUNT 406-455-3225; AND

2010 HONDA CROSSTOUR VIN 5J6TF2H57AL007593;

    Defendants.

**FINAL ORDER OF FORFEITURE
AS TO CERTAIN DEFENDANT PROPERTIES**

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture as to Certain Defendant Properties, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and Keith Schwartz have reached an agreement in this case as to certain defendant properties, and have filed a Stipulation Agreement with the Court resolving all issues in dispute;

THAT no other claims to the defendant properties identified below have been filed;

THAT it further appears there is cause to issue a forfeiture order only as to certain defendant properties under 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881 in favor of the United States.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of

    a.    $24,972.98 seized from Alpine Bank account 3350126520;

    b.    $48,141.42 seized from TD Ameritrade account 788-788655;

    c.    $5,601.39 seized from ING Direct account 153819292;

    d.    Real Property located at 86 Cooper Lake Road SE, Mableton, Georgia,

>
> more fully described as:
>
> All that tract or parcel of land lying and being in Land Lot 250 of the 17th District, 2nd Section, Cobb County, Georgia, and being more particularly described as follows:
>
> Beginning at point to the southeasterly side of Cooper Lake Road, which point is located 1,390 feet northeasterly from the intersection of the southeasterly side of Cooper Lake Road with the south line of Land Lot 183, as measured along the southeasterly side of Cooper Lake Road; running thence in a southeasterly direction, forming an interior angle of 90 degrees with the southeasterly side of Cooper Lake Road, a distance of 400 feet; running thence in a northeasterly direction, forming an interior angle of 90 degrees with the last given line, a distance of 100 feet; running thence in a northwesterly direction, forming an interior angle of 90 degrees with the last given line, a distance of 400 feet to the southeasterly side of Cooper Lake Road; running thence in a southwesterly direction along the southeasterly side of Cooper Lake Road a distance of 100 feet to the point of beginning.

shall enter in favor of the United States; the United States shall have full and legal title to the certain defendant properties listed above, and may dispose of them in accordance with law and in accordance with the terms and provisions of the parties Stipulation Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

Dated: December 1, 2014

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE