IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01288-WYD-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$8,158.13 IN WELLS FARGO BANK ACCOUNT 5817047854;
$367.71 SEIZED FROM ALPINE BANK ACCOUNT 3350016756;
$24,972.98 SEIZED FROM ALPINE BANK ACCOUNT 3350126520;
$48,141.42 SEIZED FROM TD AMERITRADE ACCOUNT 788-788655;
$5,601.39 SEIZED FROM ING DIRECT ACCOUNT 153819292;
REAL PROPERTY LOCATED AT 86 COOPER LAKE ROAD SE, MABLETON, GEORGIA;
REAL PROPERTY LOCATED AT 700 PTARMIGAN RANCH ROAD, SILVERTHORNE, COLORADO;
$12,182.38 SEIZED FROM EQUITY TRUST ROTH IRA ACCOUNT Z129559;
$92,770.59 SEIZED FROM FIRSTBANK ACCOUNT 406-455-3225; AND
2010 HONDA CROSSTOUR VIN 5J6TF2H57AL007593;

       Defendants.
_____

## FINAL ORDER OF FORFEITURE
## AS TO CERTAIN DEFENDANT PROPERTIES
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture as to Certain Defendant Properties, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action <u>in rem</u> pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and Claimants Ragan Ferrara, Marisa Ferrara, and the Estate of Joseph Ferrara have reached an agreement in this case as to certain defendant properties, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to the defendant properties identified below have been filed;

THAT it further appears there is cause to issue a forfeiture order only as to certain defendant properties under 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881 in favor of the United States.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of

a. defendant $12,182.38 seized from Equity Trust Roth IRA Account Z129559; and

b. $90,215.72 of defendant $92,770.59 seized from Firstbank Account 406-455-3225.

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

DATED: March 9, 2015

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL
Senior United States District Judge