IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01288-WYD-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$8,158.13 IN WELLS FARGO BANK ACCOUNT 5817047854;

$367.71 SEIZED FROM ALPINE BANK ACCOUNT 3350016756;

$24,972.98 SEIZED FROM ALPINE BANK ACCOUNT 3350126520;

$48,141.42 SEIZED FROM TD AMERITRADE ACCOUNT 788-788655;

$5,601.39 SEIZED FROM ING DIRECT ACCOUNT 153819292;

REAL PROPERTY LOCATED AT 86 COOPER LAKE ROAD SE,

MABLETON, GEORGIA;

REAL PROPERTY LOCATED AT 700 PTARMIGAN RANCH ROAD,

SILVERTHORNE, COLORADO;

$12,182.38 SEIZED FROM EQUITY TRUST ROTH IRA ACCOUNT Z129559;

$92,770.59 SEIZED FROM FIRSTBANK ACCOUNT 406-455-3225; AND

2010 HONDA CROSSTOUR VIN 5J6TF2H57AL007593;

    Defendants.
_____

**FINAL JUDGMENT AS TO CERTAIN DEFENDANT PROPERTIES**
_____

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Judge Wiley Y. Daniel, the following JUDGMENT is

hereby entered:

1. That forfeiture of the following certain defendant properties, including all right, title, and interest is hereby entered in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881:

    a. defendant $367.71 seized from Alpine Bank Account 3350016756; and

    b. $360,477.08 in lieu of defendant 700 Ptarmigan Ranch Road.

2. That the United States shall have full and legal title as to the above described certain defendant properties and may dispose of said properties in accordance with law and in accordance with the terms and provisions of the parties' Stipulation Agreement;

3. That Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the above described defendant property under 28 U.S.C. § 2465.

4. Per the parties' settlement agreement, the parties have waived their entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Done at Denver, Colorado this 30th day of April, 2015.

                                        JEFFREY P. COLWELL
                                        Clerk of the U.S. District Court


                                By: s/E. Van Alphen
                                    Deputy Clerk